IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MARK GREENE                                                                                           PLAINTIFF

Vs.                                    CASE NO. 4:08cv00526 JMM

LASER LINK, INC                                                                                     DEFENDANT
d/b/a National Custom Hollow Metal
Originally sued as National Doors

## ORDER

Defendant having answered, the Clerk is directed to change the style of the case to indicate the correct named Defendant as Laser Link, Inc., d/b/a National Custom Hollow Metal (sued as National Doors).

IT IS SO ORDERED THIS 9th day of September, 2008.

_____
UNITED STATES DISTRICT JUDGE